UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable JACQUELINE P. COX

Hearing Date 3/27/2017

Bankruptcy Case No. 13-47487

Adversary No.

Title of Case  Darlene Calvert

Brief Statement of Motion: Motion to modify plan post confirmation

Names and Addresses of moving counsel: Michelle Mandroiu, Cutler & Associates 4131 Main St. Skokie, IL 60076

Representing: Darlene Calvert

## ORDER

**IT IS HEREBY ORDERED**

1. The Debtor's plan is modified post-confirmation, that the 2009 Dodge Journey will be surrendered post-confirmation to Regional Acceptance Corporation, and

2. Regional Acceptance Corporation will be allowed an unsecured deficiency claim.

Jacqueline P. Cox
J. Cox

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99